EDOK Criminal Complaint (Revised 6/13)

FILED

# United States District Court

OCT 19 2015

## EASTERN DISTRICT OF OKLAHOMA

PATRICK KEANEY
Clerk, U.S. District Court
By ________ Deputy Clerk

| | |
|---|---|
| **UNITED STATESA OF AMERICA,**<br>*Plaintiff,*<br>v.<br>**GEORGE WILLIAM RUSSELL,**<br>*Defendant.* | **CRIMINAL COMPLAINT**<br>**Case No.** MJ - 15 - 059 - KEW |

I, Tate L. Turnbo, the undersigned complainant, state that the following is true to the best of my knowledge and belief.

**DISTRIBUTION OF A CONTROLLED SUBSTANCE**

On or about May 29, 2015, within the Eastern District of Oklahoma, **GEORGE WILLIAM RUSSELL** defendant herein, did knowingly and intentionally commit the crime of Distribution of a Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

I further state that I am a(n) Special Agent, Federal Bureau of Investigation, and that this complaint is based on the following facts:

(See attached Affidavit of Tate L. Turnbo which is attached hereto and made a part hereof by reference.)

☒ Continued on the attached sheet.

Tate Turnbo (signature)
Tate L. Turnbo, Complainant
Special Agent
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence at: MUSKOGEE, OKLAHOMA

Date: 10/19/2015

KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

Kimberly E. West (signature)
Signature of Judicial Officer

**AFFIDAVIT of**
**Special Agent Tate L. Turnbo**
**Federal Bureau of Investigation**

I, Tate L. Turnbo, being duly sworn, state that I am a Special Agent of the Federal Bureau of Investigation and have been so employed since March of 2006. I have been assigned to the FBI Oklahoma City Office, Muskogee Resident Agency since October of 2014. While employed by the FBI, I have investigated numerous federal criminal violations to include drug conspiracy cases. I have gained experience through training at Quantico, Virginia and everyday work relating to conducting these types of investigations. Moreover, I am a federal law enforcement officer who is engaged in enforcing the criminal laws, including Illegal Distribution of a Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

This affidavit is made in support of a Complaint and Arrest Warrant for George William Russell (Russell), date of birth 08-XX-1977, for Illegal Distribution of a Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

Russell became the target in a joint undercover operation involving the Carter County Sheriff's Office (CCSO) and the Ardmore Police Department (APD) after a confidential informant (CI) reported that Russell had offered to obtain an eight-ball (3.5 grams) of Methamphetamine for him/her. Through a series of text messages, CI and Russell arranged to meet at Okie's Corner Store for CI to purchase the Methamphetamine. Okie's Corner Store is located at 378 Lodge Road, Overbrook, Oklahoma, Carter County, in the Eastern District of Oklahoma.

On May 29, 2015, Russell was arrested by CCSO Deputy Gus Handke after selling an undercover APD detective 2.8 grams of a crystal-type substance that field tested positive for

Methamphetamine. A search of Russell's vehicle revealed digital scales and a baggie containing .34 grams of a crystal-type substance.

Russell was interviewed by CCSO Deputy Handke after his arrest. Russell completed a written statement after waiving his Miranda rights in which he confessed to his involvement in the sale of Methamphetamine during the undercover operation. In his written statement, Russell states, "I met some people at Okies Corner Store and sold a 8 ball of Dope (meth) for 200 dollars".

The CCSO sent the two crystal-type substances seized during the May 29, 2015 arrest of George William Russell to the Oklahoma State Bureau of Investigation (OSBI) for a Criminalistics Examination Report. The OSBI Lab determined that the two items were Methamphetamine, a Schedule II controlled dangerous substance.

Tate L. Turnbo

Special Agent Tate L. Turnbo
Federal Bureau of Investigation

Sworn and Subscribed before me this the 19th day of October, 2015 at 10 A.m.

Kimberly E. West

KIMBERLY E. WEST
UNITED STATES MAGISTRATE JUDGE