**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>***Plaintiff,***<br>**v.**<br><br>**GEORGE WILLIAM RUSSELL,**<br><br>***Defendant.*** | **UNDER SEAL**<br><br>**Case No. MJ-15-059-KEW** |

## MOTION TO FILE UNDER SEAL

**COMES NOW** the United States of America, by and through Douglas A. Horn, Assistant United States Attorney for the Eastern District of Oklahoma, and requests the Criminal Complaint, Affidavit, Warrant of Arrest, this Motion to File Under Seal, and the Order Sealing in the above-captioned case be filed under seal. The Government makes this request due to law enforcement safety and to avoid the defendant's potential flight to avoid prosecution.[1]

**WHEREFORE**, the United States of America respectfully requests the Criminal Complaint, Affidavit, Warrant of Arrest, this Motion to File Under Seal and Order thereof, submitted in the above-captioned case be filed under seal.

---

[1]See *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598, 98 S.Ct. 1306, 55 L.Ed.2d 570 (1978)(courts have inherent power, as incident to their constitutional function, to control papers filed with the courts within certain constitutional and other limitations); *In re Knight Pub. Co.*, 743 F.2d 231 (4th Cir.1984)(trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests); *Baltimore Sun Co. v. Goetz*, 886 F.2d 60, 65 (4th Cir.1989)(a judicial officer may deny access when sealing a document is essential to preserve higher values and is narrowly tailored to serve that interest); and *Times Mirror Co. v. United States*, 873 F.2d 1210 (9th Cir.1989)(upon showing by the government that an ongoing criminal investigation exists, a search warrant and related documents may be sealed).

Respectfully submitted,

MARK F. GREEN
United States Attorney

s/ Douglas A. Horn
DOUGLAS A. HORN, OBA # 13508
Assistant United States Attorney
520 Denison Avenue
Muskogee, Oklahoma 74401