**UNITED STATES DISTRICT COURT FOR THE**
**EASTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**GEORGE WILLIAM RUSSELL,**<br><br>***Defendant.*** | **UNDER SEAL**<br><br>**Case No. MJ-15-059-KEW** |

**ORDER TO FILE UNDER SEAL**

The above matter comes on for hearing on the Motion of the United States to file under seal the Criminal Complaint, Affidavit, Warrant of Arrest, the Motion to File Under Seal and this Order, submitted in the above-captioned case. The Court, having fully considered the reason(s) set forth in the motion, hereby finds that the Motion to File Under Seal should be and is hereby **GRANTED**.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** the Criminal Complaint, Affidavit, Warrant of Arrest, the Motion to File Under Seal and this Order, be filed under seal.

DATED: October 19, 2015

KIMBERLY E. WEST
United States Magistrate Judge