# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>***Plaintiff,***<br><br>**v.**<br><br>**GEORGE WILLIAM RUSSELL,**<br><br>***Defendant.*** | **Case No. MJ-15-059-KEW** |

## MOTION TO UNSEAL CASE

**COMES NOW**, the United States of America by and through Mark F. Green, United States Attorney and Douglas A. Horn, Assistant United States Attorney, and moves to unseal the above captioned and numbered case. In support of said request, the Government would submit the following:

1. On October 19, 2015, a Complaint was filed in the U.S. District for the Eastern District of Oklahoma.

2. On October 19, 2015, a Warrant for Arrest was filed in the U.S. District Court for the Eastern District of Oklahoma commanding the arrest of the defendant.

3. On October 19, 2015, a Motion to Seal was filed with the U.S. District Court for the Eastern District of Oklahoma, requesting said Complaint, Arrest Warrant, Motion to Seal and Order be sealed.

3. On October 20, 2015, the federal arrest warrant was executed on the defendant.

4. The case should be unsealed for purpose of providing the defendant notice of the current charges against him.

**WHEREFORE**, premises considered, the United States of America respectfully requests the Court unseal the case.

Respectfully submitted,

MARK F. GREEN
United States Attorney

s/ Douglas A. Horn
DOUGLAS A. HORN, OBA# 13508
Assistant United States Attorney
Attorney for the Plaintiff
520 Denison Avenue
Muskogee, OK 74401
(918) 684-5100
Fax (918) 684-5150