**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | CASE NO. | 15-MJ-59-KEW |
| v. | ) | DATE: | 10/21/2015 |
| GEORGE WILLIAM RUSSELL, Defendant. | ) | TIME: | 11:12 AM – 11:16 AM |

**MINUTE SHEET**
**INITIAL APPEARANCE**
**(Complaint)**

Kimberly E. West, Judge    A. Winkle, Deputy Clerk    K. McWhorter, Reporter
FTR Courtroom 3

Counsel for Plaintiff: Douglas A. Horn, AUSA
Counsel for Defendant: J. Lance Hopkins, Appointed
☒ Fin. Afd / Deft orally requested counsel    Objections ☐ yes ☒ no    ☒ Court appointed counsel

☒ Defendant acknowledged receipt of copy of Complaint
☒ Court advised defendant of constitutional rights, charges and possible penalties.

☐ Defendant waived Preliminary Hearing    ☐ Waiver executed and accepted by Court
☒ Defendant requested Preliminary Hearing    ☒ Preliminary Hearing set 10/21/15 at 3:00 PM

**FINDINGS:**
☒ The court finds a crime has been committed and that defendant committed that crime (KEW)

**DETENTION:**
☐ Parties have reviewed Pretrial Services Report regarding detention    Objections ☐yes ☐no - ☐ by ________
☒ Government requested Detention
☐ Defendant waived detention hearing
☐ Defendant reserved issue of detention at this time
☐ Defendant agreed issue of bond is moot
☒ Defendant requested Detention Hearing    ☒ Detention Hearing set 10/21/15 at 3:00 PM

☒ Defendant remanded to custody of U.S. Marshal pending further proceedings

☐ Defendant allowed to post bond in the amount of ____________________ (unsecured/secured/surety)
☐ Conditions of Release:____________________