USAO-EDOK Arrest Warrant (Revised 6/13) SEALED ORIGINAL

# United States District Court
## EASTERN DISTRICT OF OKLAHOMA

**UNITED STATES OF AMERICA,**

***Plaintiff,***

**v.**

**GEORGE WILLIAM RUSSELL,**

***Defendant.***

**WARRANT OF ARREST**

**Case No.** MJ - 15 - 059 - KEW

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: **GEORGE WILLIAM RUSSELL**

and bring him or her forthwith to the nearest magistrate judge to answer a:

☐ Indictment ☐ Information ☒ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

RECEIVED
U.S. MARSHAL
EASTERN OKLAHOMA
2015 OCT 19 AM 10:43

charging him (brief description of offense):

**DISTRIBUTION OF A CONTROLLED SUBSTANCE**

in violation of Title 21, United States Code, Section(s) 841(a)(1) and (b)(1)(C).

KIMBERLY E. WEST
Name of Issuing Judicial Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Judicial Officer

Kimberly E. West
Signature of Issuing Judicial Officer

**FILED**
OCT 21 2015
PATRICK KEANEY
Clerk, U.S. District Court
By ______
Deputy Clerk

October 19, 2015, Muskogee, Oklahoma
Date and Location

Bail fixed at $ ______ by: ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at: Ardmore, OK by FBI | | |
| DATE RECEIVED 10/19/2015 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 10/20/2015 | Matthew Hyde/SDUSM | [signature] |