**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 15-MJ-59-KEW |
| | ) | |
| **v.** | ) | Date: 10/21/15 |
| | ) | |
| GEORGE WILLIAM RUSSELL, | ) | Time: 3:04 PM – 3:08 PM |
| | ) | |
| Defendant. | ) | |

**MINUTE SHEET – SAID CAUSE CAME ON FOR PRELIMINARY/DETENTION HEARING**

Kimberly E. West, Judge    A.Winkle, Deputy Clerk    Reporter – K. Sidwell
FTR Courtroom 3

Counsel for Plaintiff: Douglas A. Horn, AUSA

Counsel for Defendant: J. Lance Hopkins, Appointed    [X] Defendant present

**MINUTES:** Defendant waives Preliminary Hearing and Detention Hearing.

**PRELIMINARY HEARING FINDINGS:**
☒ The court finds a crime has been committed and that defendant committed that crime (KEW)

**DETENTION HEARING FINDINGS:**□
☐ Court finds there is a serious risk that the defendant will not appear; defendant ordered detained
☒ Court finds there is a serious risk that the defendant will endanger the safety of another person or the community; defendant ordered detained

☒ Defendant remanded to custody of U.S. Marshal