IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

**FILED**

NOV - 3 2015

PATRICK KEANEY
Clerk, U.S. District Court
By ______________
Deputy Clerk

**UNITED STATES OF AMERICA,**

***Plaintiff,***

**v.**

**GEORGE WILLIAM RUSSELL a/k/a Willie,**

***Defendant.***

**Case No.**

**CR 15-074-JHP**

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

### DISTRIBUTION OF METHAMPHETAMINE
### [21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]

On or about May 29, 2015, within the Eastern District of Oklahoma, the defendant, **GEORGE WILLIAM RUSSELL a/k/a Willie**, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of Methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL

**Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.**

s / Foreperson
**FOREPERSON OF THE GRAND JURY**

MARK F. GREEN
UNITED STATES ATTORNEY

DOUGLAS A. HORN, OBA #13508
Assistant United States Attorney