**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | Case No. | CR 15-74-JHP |
| v. | ) | Date: | 11/12/2015 |
| GEORGE WILLIAM RUSSELL, Defendant. | ) | Time: | 2:16 PM – 2:20 PM |

## MINUTE SHEET - ARRAIGNMENT

Kimberly E. West, Judge    A.Winkle , Deputy Clerk    Reporter – K. Sidwell
FTR Courtroom 3

Counsel for Plaintiff: Douglas A. Horn , AUSA
Counsel for Defendant: J. Lance Hopkins, Appointed

Defendant appeared in person: ☒ with Counsel; ☐ Counsel waived; ☐ w/o Counsel;
☒ Defendant acknowledged receipt of Indictment and has had an opportunity to discuss it with counsel
☒ Defendant advised of constitutional rights, charges, possible penalties
☒ Defendant entered not guilty plea as to Count 1 of the Indictment

**Trial / Motions:**
☒ Jury Trial set Jan. 5, 2016 at 9:00 AM before Judge James H. Payne
☒ Court advised defendant will have 14 days to file motions and Government will have 7 days to respond
☒ Parties ordered to file Requested Jury Instructions, Voir Dire, Verdict Forms and Trial Briefs by 12/25/2015 at 12:00 noon, OR counsel must submit a Notice of Intent to Plea. Trial Briefs of each party should include the estimated length of trial and the number of anticipated witnesses.

**Discovery**:
☒ Court inquired of counsel as to the status of discovery production pursuant to Local Criminal Rule 16.1(A)(1) requiring the Government to provide discovery to defendant contemporaneously with the arraignment.
☒ Government has complied    ☐ Government has not complied
Parties ☐ do ☐ do not foresee any problems which the Court should anticipate.
☒ Court advised counsel of the requirement pursuant to Local Criminal Rule 16.1(A)(1) directing counsel to confer and file a Disclosure Agreement Checklist

**Detention / Bond:**
☐ Parties have reviewed Pretrial Services Report regarding detention    Objections ☐yes ☐no
☐ Defendant allowed to post bond in the amount of ____________
☐ Government filed written Motion for Detention
☒ Defendant orally moved for detention hearing
☒ Detention hearing set November 16, 2015 at 2:00 PM
☐ Defendant present on writ and reserves as to issue of detention at this time
☐ Defendant agreed issue of bond is moot

☒Defendant to remain in custody and was remanded to the custody of USMS pending further proceedings