FILED

DEC 07 2015

PATRICK KEANEY
Clerk, U.S. District Court
By ______________
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | ) | |
| vs. | ) | Case No. CR 15-74-JHP |
| GEORGE WILLIAM RUSSELL ,<br>Defendant. | ) | |

**CONSENT TO PROCEED FOR PLEA**
**BEFORE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge has explained to me the nature of the offense(s) with which I am charged and the maximum possible penalties which might be imposed if I am found guilty. The magistrate judge has informed me of my right to the assistance of legal counsel. The magistrate judge has also informed me of my right to trial, judgment, and sentencing before a United States District Judge.

**I HEREBY: Waive (give up) my right to trial before a United States District Judge and I consent to enter a plea before a United States Magistrate Judge and I understand I will be sentenced by a United States District Judge.**

George William Russell
Defendant:

J. Lance Hopkins
Counsel for Defendant

Date: 12/7/2015

Before: Kimberly E. West
United States Magistrate Judge