**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| U.S.A., Plaintiff(s) | ) | Case No. CR 15-74-JHP |
| v | ) | Date: 8/23/2016 |
| | ) | Time: 3:00 p.m. - 3:15 p.m. |
| GEORGE WILLIAM RUSSELL, Defendant(s). | ) | |

**MINUTE SHEET - SENTENCING**

James H. Payne, District Judge — M. Sabo, Law Clerk; C. Trzcinski, Deputy Clerk — K. Sidwell, Court Reporter; FTR - Courtroom 1

Counsel for Plaintiff: Douglas A. Horn, AUSA
Counsel for Defendant: J. Lance Hopkins, Appointed — [X] Defendant present

[X] Plaintiff & Defendant reviewed PSI:
[X] Government Objections: [] Yes [X] No
[X] Defendant Objections: [] Yes [X] No
[] Findings: Objection(s) no.:________ by ______________________ [] Sustained [] Overruled
Objection(s) no.:________ by ______________________ [] Sustained [] Overruled

[X] PSI will form factual basis for sentencing [X] Court adopts all relevant factual matters set forth in the PSI by reference

[X] Court Grants Government's Motion for One Point Reduction

[X] Defendant and counsel asked if they care to say anything prior to sentence being pronounced
[] Statements by Government in aggravation/mitigation of punishment [] Nothing further by Government
[X] Statements by defendant's counsel [] Nothing further by defendant's counsel
[X] Statements by defendant [] Nothing further by defendant

**SENTENCE: As to Count 1 of the Indictment:**
[X] **Bureau of Prisons for a term of 40 months** [] Concurrent [] Consecutive
[X] **Supervised Release for a term of 3 years** [] Concurrent [] Consecutive
The Court recommends that the Bureau of Prisons evaluate and determine if the defendant is a suitable candidate for the Intensive Drug Treatment Program. Should the defendant be allowed to participate in the program, it is further recommended that he be afforded the benefits prescribed and set out in 18 U.S.C. Section 3621(e) and according to Bureau of Prisons' policy.

[] Fine: $________ [] with interest [] interest waived
[] Restitution: $________ [] interest waived
[X] Special Assessment: $ 100.00 [X] due immediately

**[X] STANDARD CONDITIONS** given, including the following special conditions:
1. The defendant shall participate in a program approved by the U.S. Probation Office for the treatment of narcotic addiction, drug dependency, or alcohol dependency, which will include testing to determine if defendant has reverted to the use of drugs or alcohol and may include outpatient treatment.

[X] Deft shall, at the direction of the Probation Officer, cooperate with and submit to collection of a DNA sample for the submission to the Combined DNA Index System
[X] REASONS FOR IMPOSING SENTENCE given by Court
[X] Defendant advised of right to appeal [] Defendant gives oral notice of appeal
**[X] Counsel is directed to file a notice of appeal or an affidavit, signed by counsel and defendant, within 14 days after judgment is entered advising the Court that counsel has consulted with defendant and he/she advised counsel they do not wish to perfect an appeal.**
[X] Court makes the following recommendation to BOP: [X] designate a facility: Close to Marietta, OK to facilitate family contact.
[X] Defendant remanded to custody of U.S. Marshal