Prob12A (6/98)

# UNITED STATES DISTRICT COURT
**for the**
## Eastern District of Oklahoma

## Report on Offender Under Supervision

Name of Offender: George William Russell    Case Number: CR-15-00074-001-JHP

Name of Judicial Officer: The Honorable James H. Payne

Date of Original Sentence: August 23, 2016

Original Offense: Distribution of Methamphetamine

Original Sentence: 40 months custody, with 36 months term of supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: February 6, 2018

---

**NON-COMPLIANCE SUMMARY**

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Mandatory Condition** | **The defendant shall not commit another federal, state or local crime.**<br><br>According to the Probable Cause Affidavit of Ringling, Oklahoma, Police Officer, James Taylor, on March 2, 2019, Mr. Russell, allegedly had control of a white 2003 Chevrolet Silverado and was driving on 7th Street in Ringling, Oklahoma. Upon stopping Mr. Russell for a defective brake lamp, Officer Taylor observed Mr. Russell acting nervous and under the influence of some intoxicant. Mr. Russell was unable to perform standard field sobriety tests and was arrested. Mr. Russell was taken to Mercy Hospital to have blood taken to be tested for illegal substances. As of this writing, Mr. Russell is out on bond. |

**Mandatory Condition** **The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance....**

On February 4, 2019, Mr. Russell admitted to using Methamphetamine on February 28, 2019.

U.S. Probation Officer Action: Mr. Russell has been verbally reprimanded and re-instructed regarding his conditions of supervision. He has been referred to Arbuckle Health in Ardmore, Oklahoma, for treatment. The court will be advised of future violations in this matter. No Court action is requested at this time.

Reviewed and approved,

by: s/ Robert L. Gwin

Robert L. Gwin
Supervisory U.S. Probation Officer
Date: March 5, 2019

Respectfully submitted,

by: s/ Brian H. Hill

Brian H. Hill
Sr. U.S. Probation Officer
Date: March 5, 2019

---

[X] The Court concurs that no action be taken at this time
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

James H. Payne
United States District Judge
Eastern District of Oklahoma

Dated: 3/12/2019