Prob12B (10/99)

# UNITED STATES DISTRICT COURT
**for the**
## Eastern District of Oklahoma

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

Probation Form 49, Waiver of Hearing is Attached

Name of Offender: George William Russell Case Number: CR 15-0074-001-JHP

Name of Judicial Officer: The Honorable James H. Payne

Date of Original Sentence: August 23, 2016

Original Offense: Distribution of Methamphetamine

Type of Supervision: Supervised release Date Supervision Commenced: February 6, 2018

---

### PETITIONING THE COURT

[ ] To extend the term of supervision for years, for a total of years.
[X] To modify the conditions of supervision as follows:

**"The defendant shall report for inpatient substance abuse treatment at the direction of the U.S. Probation Office and remain in the treatment program until successfully discharged."**

### CAUSE

The defendant has a history of selling illegal narcotics and has submitted urine samples on April 17, 2019, May 10, 2019, June 10, 2019 and August 09, 2019 that were confirmed positive for Methamphetamine. Upon questioning Mr. Russell admitted to using Methamphetamine and has requested inpatient treatment.

This condition would allow the Probation Office to more effectively supervise Mr. Russell by ensuring that he remains in compliance with the conditions of his supervision.

Reviewed and approved,

by: s/ Robert L. Gwin

Robert L. Gwin
Supervisory U.S. Probation Officer
Date: August 16, 2019

Respectfully submitted,

by: s/ Brian H. Hill

Brian H. Hill
Sr. U.S. Probation Officer
Date: August 16, 2019

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Dated: 8/22/2019

James H. Payne
United States District Judge
Eastern District of Oklahoma