Prob12C
(8/01)

# UNITED STATES DISTRICT COURT
**for the**
## Eastern District of Oklahoma

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: George William Russell Case Number: CR-15-0074-001-RAW

Name of Judicial Officer: The Honorable Ronald A. White

Date of Original Sentence: August 23, 2016

Original Offense: Distribution of Methamphetamine

Original Sentence: 40 months custody, with 36 months term of supervised release

Type of Supervision: Supervised Release Date Supervision Commenced: February 6, 2018

Asst. U.S. Attorney: Douglas A. Horn Defense Attorney: To be determined

---

**PETITIONING THE COURT**

[X] To issue a warrant

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **Mandatory Condition** | **The defendant shall not commit another federal, state or local crime.**<br><br>On or about the 10th day of November, 2019, Mr. Russell was driving and operating a motor vehicle upon a public highway while under the influence of alcohol, as a result of his actions he was arrested and subsequently charged with Driving a Motor Vehicle While Under the Influence of Alcohol, case number CF-2019-00185. On February 18th, 2020, Mr. Russell pled guilty and was sentenced to two years in the Oklahoma Department of Corrections, with all suspended. |

On or about the 1st day of March, 2019, Mr. Russell was driving and operating a motor vehicle upon a public highway while under the influence of alcohol, as a result of his actions he was arrested and subsequently charged with Driving Under the Influence of Alcohol, case number CM-19-37. On August 20, 2019, Mr. Russell plead guilty and was sentenced to one-year Jefferson County Jail, all suspended. On November 15th, 2019, a Motion to Revoke Suspended Sentence was filed and remains pending.

**Mandatory Condition**

**The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance....**

On April 17, 2019, May 10, 2019, June 10, 2019, and August 28, 2019, Mr. Russell submitted urine samples that where confirmed positive for Methamphetamine.

Mr. Russell admitted to using Methamphetamine on February 28, 2019.

U.S. Probation Officer Recommendation:

[X] The term of supervision should be
[X] Revoked

Reviewed and approved,

by: s/ Robert L. Gwin

Robert L. Gwin
Supervisory U.S. Probation Officer
Date: February 19, 2020

Respectfully submitted,

by: s/ Brian H. Hill

Brian H. Hill
Sr. U.S. Probation Officer
Date: February 19, 2020

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Dated this 20th day of February, 2020.

Ronald A. White
Ronald A. White
United States District Judge
Eastern District of Oklahoma